UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA
Case No. 14-cv-61086

| | | |
|---|---|---|
| PEGGY PADUDA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KARL STORZ ENDOSCOPY-AMERICA, INC., a California corporation; KARL STORZ ENDOVISION, INC., a Massachusetts corporation; and KARL STORZ GMBH & CO. KG, organized in Germany, | ) ) ) ) ) ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) ) | |

### PLAINTIFF'S NOTICE OF FILING OF PROPOSED SUMMONSES

COMES NOW Peggy Paduda, a citizen and resident of the State of Florida, by and through her undersigned counsel, to provide notice of filing of her proposed summonses of the Defendants in this action, who are Karl Storz Endoscopy-American, Inc., Karl Storz Endovision, Inc., and Karl Storz GMBH & Co. KG. The three summonses, one for each of the foregoing Defendants, are attached to this notice.

Dated:  May 8, 2014        Respectfully submitted,

  /s/ Phillip Holden
Phillip E. Holden
Fla. Bar No. 14395
Email: phillip@integrityforjustice.com
Alex Alvarez
Fla. Bar No. 946346
E-mail: alex@integrityforjustice.com
THE ALVAREZ LAW FIRM
355 Palermo Avenue
Coral Gables, FL 33134
Telephone: (305) 444-7675

Facsimile: (305) 444-0075

Of Counsel:
François M. Blaudeau, MD JD FACHE FCLM
Alabama Bar No. 7722-D32F
Southern Institute for Medical & Legal Affairs
Of Counsel: HENINGER GARRISON DAVIS, LLC
2224 1st Avenue North
Birmingham, Alabama 35203
francois@southernmedlaw.com
Phone: (205) 547.5525
Fax: (205) 547.5526

W. Lewis Garrison, Jr.
Alabama Bar No. 3591-N74W
Christopher B. Hood
Alabama Bar No. 2280-S35H
HENINGER GARRISON DAVIS, LLC
2224 1st Avenue North
Birmingham, AL 35203
wgarrison@hgdlawfirm.com
chood@hgdlawfirm.com
Tel: (205) 326 3336
Fax: (205) 326 3332
*Attorneys for Plaintiff*